United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

        Plaintiff,

   v.

VETERANS AFFAIRS NORTHERN
CALIFORNIA HEALTH CARE SYSTEM,

        Defendant.

_____/

No. C 05-05361 CRB

**ORDER**

      Plaintiff, proceeding *in forma pauperis*, filed a third amended complaint without seeking leave of the Court. The third amended complaint removes one of three claims from the second amended complaint but is otherwise identical. Defendant has not yet responded to plaintiff's second amended complaint. Therefore, the Court finds that defendant is not prejudiced and hereby GRANTS plaintiff leave to file a third amended complaint. The clerk shall issue a summons and the U.S. Marshal shall serve a copy of the third amended complaint and this order upon the defendant. Plaintiff must file a motion for leave with the Court before filing a further amended complaint.

//

//

//

1    **IT IS SO ORDERED.**

2

3

4    Dated: February 15, 2006                         _____
                                                       CHARLES  R. BREYER
5                                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California