IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE, | No. C 05-05361 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| VETERANS AFFAIRS NORTHERN CALIFORNIA HEALTH CARE SYSTEM, | |
| Defendant. | |

Now before the Court is defendants' motion to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, for failure to state a claim under Rule 12(b)(6). Plaintiff has not opposed this motion. Pursuant to Local Rule 7-1(b), the Court finds that oral argument is unnecessary and GRANTS defendant's motion.

On February 15, 2006, the Court issued an Order dismissing a related case for lack of subject matter jurisdiction. See Wade v. Veterans Affairs Northern California Health Care System, No. C 05-4960 CRB (Docket No. 13). The same reasoning is equally applicable here: In a claim under the Federal Tort Claims Act, plaintiff must allow six months after filing an administrative claim with the appropriate federal agency before filing a lawsuit. Here, however, plaintiff has not shown that he exhausted his administrative remedies before filing suit. Consequently, the Court lacks subject matter jurisdiction over this matter and the

motion is therefore GRANTED without prejudice.  According to a declaration submitted by defendant's counsel, plaintiff filed an administrative claim on October 31, 2005.  See Decl. of Jonathan U. Lee ¶ 3.  If that is indeed the case, plaintiff may not re-file this lawsuit until after April 30, 2006.

**IT IS SO ORDERED.**

Dated: March 31, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE